Leonard **GREGORY**, Plaintiff—
Appellant,

v.

**SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION; Becky Dickson; Oscar K. Rucker; U.S. Department of Housing & Urban Development; Lonna Blue; Charles Stigger; Claudia Wilkes, Defendants—Appellees,**

and

**Dudley Gregory, Defendant.**

**No. 03–2422.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 27, 2004.

Decided Nov. 17, 2004.

Chalmers C. Johnson, Chalmers Johnson Law Firm, Charleston, South Carolina, for Appellant. J. Strom Thurmond, Jr., United States Attorney, John H. Douglas, Assistant United States Attorney, Charleston, South Carolina; Robert L. Widener, McNair Law Firm, P.A., Columbia, South Carolina, Michael A. Scardato, McNair Law Firm, P.A., Charleston, South Carolina, for Appellees.

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leonard Gregory appeals the district court's order dismissing this action because the State Defendants are immune from suit under the Eleventh Amendment and his claims against the Federal Defendants are barred by sovereign immunity. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Gregory v. South Carolina Dep't of Transp.*, 289 F.Supp.2d 721 (D.S.C.2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*